**RECEIVED**

OCT - 7 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSSOURI
_Eastern_ DIVISION

Shirley R. Page                                    )
_____  )
_____  )
(Enter above the full name of the Plaintiff(s)  )
in this action.)                                   )
                                                   )
                                                   )   Case No. ___J_____
                                                   )         (To be assigned by Clerk
                                                   )          of District Court)
         - vs -                                    )   Jury
Matthew H. Hearne                                  )
_____  )
_____  )
_____  )
(Enter above the full name of ALL Defend-   )
ant(s) in this action. Fed. R. Civ. P. 10(a)    )
requires that the caption of the complaint    )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient.  )
Please attach sheets if necessary.              )
                                                   )

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and /or U. S. Constitutional provisions, if you know them):

My retaliation claims are within the scope of my EEOC Charge and I pleaded them for

retaliation under Title VII.  I received the Right To Sue Notice.

1

II. Plaintiff, <u>Shirley R. Page</u>                                                                 resides at

<u>1828 Meadows Trails</u>            ,    <u>St. Louis</u>          ,  <u>Florissant</u>      ,
street address                                     city                                       county

<u>Missouri</u>     ,      <u>63034</u>     ,      <u>(314) 265-8866</u>    .
state                        zip code              telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

_____

_____

_____

III. Defendant, <u>Matthew H. Hearne</u>             lives at, or its business is located at

<u>7711 Bonhomme, Suite 330</u>    ,  <u>St. Louis</u>          ,  <u>Clayton</u>           ,
street address                                     city                                       county

<u>Missouri</u>                ,      <u>63031</u>                .
state                                zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

_____

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

After allowing the statue to run out on my Retaliation Right to Sue letter, the attorney denied that he lead me to believe that he was representing me. When the C D C asked the attorney to send documentation to prove his innocence, he sent the C D C copies of emails that he had sent me. When the C D C sent them to me for rebuttal I discovered that he sent the C D C (tampered evidence). He cut and pasted one of the emails that he sent back to the C D C. He led me to believe that he was my lawyer by having me to bring a witness to his office and afterward he had me to contact another witness for a written statement that was forwarded to his office. This he also acknowledges in his email as he states that he wants to know the moment that I hear back from the witness Mr. Hearne sent the Disciplinary Committee a email copy in which he cut out his original request to me. (A request that clearly further substantiates and supports my compliant against him). It rather proves him to be acting as (my attorney). The email reflects him acknowledging the fact that he and I had discussed the statement being sent and him wanting to know as soon as I heard back from the witness. He was requesting this information (7) seven almost (8) eight weeks after I first contacted and met with him. The email (that Mr. Hearne sent) to the (O C D C SUPREME COURT OF MISSOURI) clearly does not contain his (entire) statement. In the email that Mr. Hearne sent to me he wrote: (The 90 clock is ticking), the email sent to C D C did not contain (The 90 clock is ticking). When I discussed these facts with Melody Nashan of the C D C's office in July of 2011 she stated that the C D C never received any such email from Mr. Hearne.

3

**V. Relief:** State briefly and exactly what you want the Court to do for you.

I am asking for Punitive and Compensatory damages for future pecuniary losses, compensation for defamation, emotional pain and distress, suffering inconvenience, loss of enjoyment of life, and other nonpecuniary losses.

**VI. MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this compliant?

   YES [ x ]                              NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitle to recover such money damages:

   I sustained damages, including, but not limited to, loss of salary, benefits, raises, past and future income opportunities, emotional pain, suffering, mental distress, anguish

**VII.** Do you maintain that the wrongs alleged in the compliant are continuing to occur at the present time?

   YES [ X ]                              NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  7  day of  October , 20 11

_____
Signature of Plaintiff(s)